## HARKE v. STATE.
### No. 15330.

Court of Criminal Appeals of Texas.
May 25, 1932.

Dailey & Keller, of Dallas, for appellant.
Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, J.

Conviction is for permitting a gaming device to remain on premises under appellant's control, punishment being thirty days' imprisonment in the county jail.

The record in this court contains neither statement of facts nor bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.

## COFFMAN v. STATE.
### No. 15356.

Court of Criminal Appeals of Texas.
May 25, 1932.

Philip Wolfe, of Pampa, for appellant.
Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, J.

Conviction is for arson, punishment being two years in the penitentiary.

The record is before this court without a statement of facts or bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.